UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA AGUAYO,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., and DOES 1-100, inclusive<br><br>Defendants. | No. 2:15-cv-00235-KJM-CMK<br><br><br><br>ORDER |

   This matter was originally filed in Butte County Superior Court (Case No. 163367) on November 13, 2014.  Civil Cover Sheet, ECF No. 1.  On January 27, 2015, defendant filed a Notice of Removal based upon this court's original subject matter jurisdiction under 28 U.S.C. §1332(a)(1).  Notice of Removal, ECF No. 2.

   On May 20, 2015, the parties filed a stipulation to remand this case to the Butte County Superior Court because the amount in controversy does not exceed the jurisdictional requirement of $75,000.00.  Stipulation, ECF No. 8.  After reviewing the parties' stipulation and finding good cause, the court APPROVES the stipulation and remands this case to Butte County Superior Court.  After remanding this action, the Clerk of the Court is directed to close the case.

   IT IS SO ORDERED.

DATED: June 4, 2015.

                    UNITED STATES DISTRICT JUDGE

1